Opinion issued February 9, 2012



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00020-CV

———————————

In re donald christopher jackson, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



MEMORANDUM OPINION

          Relator,
Donald Christopher Jackson, petitioned for writ of mandamus asking that we
compel the District Clerk of Harris County to forward his notice of appeal in
the underlying case to this Court.[1]  However, our records show that the notice of
appeal was forwarded to this Court by the trial court and that the matter is
currently pending in appellate cause number 01-10-00800-CV.

          Because relator has received the
relief requested in his mandamus petition, we dismiss the petition for writ of
mandamus as moot.  See In re Duncan, 62 S.W.3d 333, 334 (Tex. App.—Houston [1st Dist.]
2001, orig. proceeding).

PER CURIAM

 

Panel consists of Justices Keyes, Bland, and Sharp.

 











[1]           The underlying case is Donald Christopher
Jackson v. Tex. Bd. of Pardons & Paroles, No. 02-51048 (133rd Dist.
Ct., Harris Cnty., Tex.), the Honorable Jaclanel McFarland, presiding.